**No. 46222.**—Protest 58315–K/90279 of Kai Jensen (Chicago).

Opinion by CLINE, J.    When the case was called for trial there was no appearance on the part of the plaintiff.    There was nothing in the record to overcome the presumption of correctness attaching to the collector's action.    The protest was therefore overruled.

**No. 46223.**—Protests 789383–G, etc., of Armour & Co. et al. (Boston, etc.).

Opinion by CLINE, J.    Following the authorities cited in Abstract 15400 the court dismissed the protests.

JULY 23, 1941

**No. 46224.**—Suit 4336.– *United States* v. *Ernest E. Marks Co.* C. D. 338 reversed.    C. A. D. 173.

BEFORE THE SECOND DIVISION, JULY 30, 1941

**No. 46225.**—Petition 5887–R of M. Dwoskin & Sons (Savannah).

Opinion by DALLINGER, J.    This case involved a discount of 10 percent allowed to the importers.    The Government contends that the petitioners did not exercise due diligence in ascertaining the correct dutiable value of the merchandise, citing *Lowe* v. *United States* (15 Ct. Cust. Appls. 418, T. D. 42590) and *Mitsubishi* v. *United States* (19 C. C. P. A. 91, T. D. 45227).    However, from the record and following *United States* v. *Fish*, 268 U. S. 607, the court was satisfied that the entry of the merchandise at less than the final appraisement was without any intention to defraud the revenue or to conceal or misrepresent the facts of the case.    The petition was therefore granted.

BEFORE THE FIRST DIVISION, JULY 31, 1941

**No. 46226.**—Protests 492923–G, etc., of Bill & Caldwell, Inc. (New York).

Opinion by BROWN, J.    It was stipulated that the merchandise in question consists of finished hats wholly or in chief value of wool the same in all material respects as those the subject of Abstract 46131.    In accordance therewith the merchandise was held dutiable under paragraph 1115 (a) as claimed.